1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SIDNEY HUBBARD,

11           Petitioner,                    No. CIV S-02-0023 GEB KJM P

12       vs.

13   TOM L. CAREY,

14           Respondent.                    ORDER

15   _____/

16           Petitioner is a state prisoner proceeding with counsel with an application for writ

17   of habeas corpus under 28 U.S.C. § 2254.  Petitioner has filed three documents with the court in

18   which petitioner expresses dissatisfaction with his retained counsel.  Petitioner asks, among other

19   things, that he be appointed new counsel.  Good cause appearing, IT IS HEREBY ORDERED

20   that:

21           1.  The status conference currently set for May 4, 2005 is vacated;

22           2.  The Clerk of the Court is directed to send counsel for petitioner copies of the

23   documents submitted to the court by petitioner on April 5, 22 and 25, 2005;

24   /////

25   /////

26   /////

1

1    3.  The Clerk of the Court is directed to send petitioner a copy of the minutes for

2  the March 30, 2005 hearing (docket no. 33) and the court's April 6, 2005 order;[1]

3    4.  This matter is set for status conference at 10:00 a.m. on May 25, 2005 before

4  the undersigned.  Respondent shall provide for petitioner's appearance at the hearing as directed

5  by the writ of habeas corpus ad testificandum issued with this order.

6    5.  This matter is referred to the Federal Defender for a determination as to

7  whether petitioner qualifies for the appointment of counsel.  The Federal Defender shall inform

8  the court whether petitioner qualifies for the appointment of counsel within twenty days of this

9  order.  Petitioner is informed that the court has not yet determined whether the Federal Defender

10  will be appointed to represent petitioner.

11    5.  The Clerk of the Court is ordered to serve this order on counsel for both

12  parties, petitioner and David Porter, Assistant Federal Defender.

13  DATED: April 27, 2005.

14

15  _____
   UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20  [1]
   hubb0023.sub

21

22

23

24

25

26    [1]  If petitioner wishes to obtain a transcript of the March 30, 2005 hearing, petitioner
   should contact Templee Mobley at the court's address or by phone at (916) 930-4172.