IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SIDNEY HUBBARD,

    Petitioner,                    No. CIV S-02-0023 GEB KJM P

    vs.

TOM L. CAREY,

    Respondent.                 ORDER

_____/

        Petitioner is a state prisoner proceeding with counsel with an application for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has filed three documents with the court in which petitioner expresses dissatisfaction with his retained counsel. Petitioner asks, among other things, that he be appointed new counsel. Good cause appearing, IT IS HEREBY ORDERED that:

        1. The status conference currently set for May 4, 2005 is vacated;

        2. The Clerk of the Court is directed to send counsel for petitioner copies of the documents submitted to the court by petitioner on April 5, 22 and 25, 2005;

/////

/////

/////

3. The Clerk of the Court is directed to send petitioner a copy of the minutes for the March 30, 2005 hearing (docket no. 33) and the court's April 6, 2005 order;[1]

4. This matter is set for status conference at 10:00 a.m. on May 25, 2005 before the undersigned.  Respondent shall provide for petitioner's appearance at the hearing as directed by the writ of habeas corpus ad testificandum issued with this order.

5. This matter is referred to the Federal Defender for a determination as to whether petitioner qualifies for the appointment of counsel.  The Federal Defender shall inform the court whether petitioner qualifies for the appointment of counsel within twenty days of this order.  Petitioner is informed that the court has not yet determined whether the Federal Defender will be appointed to represent petitioner.

5. The Clerk of the Court is ordered to serve this order on counsel for both parties, petitioner and David Porter, Assistant Federal Defender.

DATED: April 27, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

[1] hubb0023.sub

---

[1] If petitioner wishes to obtain a transcript of the March 30, 2005 hearing, petitioner should contact Templee Mobley at the court's address or by phone at (916) 930-4172.

2