UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SIDNEY SCOTT HUBBARD,

       Petitioner,          No. CIV-S-02-0023 GEB KJM P

  vs.

TOM CAREY,

       Respondent.         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Sidney Scott Hubbard, inmate CDC # H-41975, a necessary and material witness in proceedings in this case on May 25, 2005, is confined in Folsom State Prison, 100 Prison Road, PO Box 715071, Represa, CA 95671, in the custody of the Acting Warden Mark Shepherd; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom 26, United States Courthouse, 501 I Street, Sacramento, California on May 25, 2005, at 10:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Acting Warden Mark Shepherd; Folsom State Prison, 100 Prison Road, PO Box 715071, Represa, CA 95671:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 27, 2005.

_____
UNITED STATES MAGISTRATE JUDGE