IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SIDNEY SCOTT HUBBARD,

    Petitioner,                    No. CIV-S-02-0023 GEB KJM P

    vs.

TOM CAREY,

    Respondent.                  <u>ORDER</u>

_____/

        On May 25, 2005, this cause came on regularly for status conference. Frank Prantil appeared for petitioner, Assistant Attorney General Justain Riley appeared for respondent. Based on the discussion occurring on the record at the status conference, the court's file and good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's April 22, 2005 request for the substitution of counsel is granted.

        2. The Federal Defender is hereby appointed to represent petitioner.

        3. The Clerk of the Court is directed to serve a copy of petitioner's habeas corpus application and a copy of this order on Assistant Federal Defender David Porter.

        4. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of other documents in the file.

/////

1

5. Petitioner shall complete the discovery referenced in the court's September 30, 2004 and April 6, 2005 orders within sixty days.

6. This matter is set for status conference on August 31, 2005 at 10:00 a.m. before the undersigned.

7. Petitioner's April 22, 2005 request that Mr. Prantil be ordered to reimburse petitioner fees paid for representation is denied without prejudice.

8. The motions filed by petitioner on May 10, 2005 are denied without prejudice to renewal by petitioner's counsel.

9. The Clerk of Court is directed to permanently remove Exhibit A, attached to Mr. Prantil's May 20, 2005 response to petitioner's April 22, 2005 motion, from the court's electronic file and to permanently destroy any paper copies of Exhibit A retained by the Clerk's Office.  Respondent's counsel is directed to destroy the copy of the exhibit served upon counsel and ordered to disregard the contents of the exhibit.

10. Petitioner's May 23, 2005 "Motion For Waiver Of Transcript Fees" is denied.

DATED: May 25, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1
hubb0023.oah(2)