IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SIDNEY SCOTT HUBBARD,

      Petitioner,                    No. CIV-S-02-0023 GEB KJM P

      vs.

TOM CAREY,

      Respondent.                <u>ORDER</u>

_____/

      Petitioner is a California prisoner proceeding with counsel with an application for writ of habeas corpus. On June 25, 2005, petitioner filed a motion for discovery. Respondent does not oppose the morion.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's June 25, 2005 motion for discovery is granted;

      2. The discovery requested in petitioner's motion shall be completed by August 31, 2005;

/////

/////

/////

/////

1

3. This matter remains set for status conference on August 31, 2005; and

4. The hearing scheduled for July 27, 2005 on petitioner's motion for discovery is vacated.

DATED: July 25, 2005.

                                            UNITED STATES MAGISTRATE JUDGE

1
hubb0023.dis

2