1 | QUIN DENVIR, Bar #49374
Federal Defender
2 | DAVID M. PORTER, Bar #127024
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorney for Petitioner
SIDNEY SCOTT HUBBARD

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | SIDNEY SCOTT HUBBARD,                ) NO. Civ. S-02-0023 GEB KJM P
                                        )
12 |                   Petitioner,       )
                                        ) **STIPULATED REQUEST TO RESCHEDULE**
13 |        v.                           ) **STATUS CONFERENCE; ORDER**
                                        )
14 | TOM CAREY, Warden                   )
                                        ) Date:  August 31, 2005
15 |                   Respondent.       ) Time:  10:00 a.m.
                                        ) Judge: Hon. Kimberly J. Mueller
16 | _____    )

17 |        Pursuant to Local Rule 78-230(g), Petitioner, SIDNEY SCOTT

18 | HUBBARD, by and through his attorney, Assistant Federal Defender David

19 | M. Porter, and Respondent, TOM CAREY, request that the court continue

20 | the status conference in the above-entitled matter, currently set for

21 | August 31, 2005, be continued to September 28, 2005.

22 |        This request is being made because the parties need additional

23 | time to determine whether the videotapes from the district attorney's

24 | file contain audio data, and a status conference held before the

25 | parties can make that determination would not be meaningful.

26 |        This is the first request for continuance and it is not being

27 | sought to unduly delay the proceedings or for any other improper

28 | purpose.  Accordingly, the parties request the Court issue the lodged

1   order granting this request.

2   Dated:  August 23, 2005

3

                                    Respectfully submitted,
4
    BILL LOCKYER                     QUIN DENVIR
5   Attorney General                Federal Defender

6

7    /s/    JO GRAVES                 /s/ David M. Porter
    JO GRAVES*                       DAVID M. PORTER
8   Senior Assistant Attorney General  Assistant Federal Defender

9   Attorney for Respondent         Attorney for Petitioner
    TOM CAREY                        SIDNEY SCOTT HUBBARD
10

11                              ORDER

12       Pursuant to the stipulation of the parties, and good cause

13  appearing therefor, it is hereby ordered that the status conference

14  currently set for August 31, 2005, is CONTINUED to September 28, 2005,

15  at 10:00 a.m.

16       IT IS SO ORDERED.

17  DATED:  August 30, 2005.

18

19                              _____
20                              UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27
         * Counsel for respondent has authorized counsel for petitioner to
28  sign the stipulation on her behalf.

                                    2