IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SIDNEY SCOTT HUBBARD,

    Petitioner,                        No. CIV-S-02-0023 GEB KJM P

    vs.

TOM CAREY,

    Respondent.                  ORDER

_____/

        On September 28, 2005, this cause came on regularly for status conference. David Porter, Assistant Federal Defender, appeared on behalf of petitioner. No appearance was made on behalf of respondent. Based on the discussion occurring at the conference, the court's file and good cause appearing, IT IS HEREBY ORDERED that:

        1. The Attorney General's office is granted thirty days from the date of this order to respond to all outstanding discovery; and

/////
/////
/////
/////
/////

1

1       2. Within sixty days from the date of this order, petitioner shall either file a
2  motion for further discovery or an amended traverse.
3  DATED: October 3, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

10  1
hubb0023.oah(3)