QUIN DENVIR, Bar #49374
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
SIDNEY SCOTT HUBBARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY SCOTT HUBBARD, | NO. Civ. S-02-0023 GEB KJM P |
| Petitioner, | |
| v. | **ORDER GRANTING APPLICATION FOR LEAVE TO ISSUE SUBPOENA DUCES TECUM** |
| TOM CAREY, Warden | |
| Respondent. | Judge:   Honorable Kimberly J. Mueller |

Pursuant to the application of petitioner, and good cause appearing therefor, it is hereby ORDERED that petitioner may issue the third-party subpoena duces tecum attached as an exhibit to the November 1, 2005 Application for Leave To Issue Subpoena Duces Tecum, with a return date of November 23, 2005.

DATED:  November 15, 2005.


_____
UNITED STATES MAGISTRATE JUDGE