1  QUIN DENVIR, Bar #49374
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Petitioner
   SIDNEY SCOTT HUBBARD

8            IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

11 SIDNEY SCOTT HUBBARD,          )  NO. Civ. S-02-0023 GEB KJM P
                                  )
12           Petitioner,           )
                                  )  **ORDER**
13     v.                          )
                                  )
14 TOM CAREY, Warden              )
                                  )
15           Respondent.           )
                                  )
16 _____)

17     Pursuant to the unopposed request of petitioner, and good cause
18 appearing therefor, it is hereby ORDERED that petitioner shall file a
19 motion to compel discovery or amended traverse on or before January 17,
20 2006.
21 DATED: December 2, 2005.


                                  _____
                                  UNITED STATES MAGISTRATE JUDGE