1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SIDNEY SCOTT HUBBARD,

11              Petitioner,                    No. CIV-S-02-0023 GEB KJM P

12       vs.

13   TOM CAREY,

14              Respondent.                    <u>ORDER</u>

15   _____/

16              The parties have requested that the hearing originally scheduled in this matter for

17   Wednesday, February 15, 2006 be continued to March 1, 2006 at 10:00 a.m.  Good cause

18   appearing, the parties' request is granted.

19   DATED: February 21, 2006.

20

21                                            _____
                                             UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26   1
     hubb0023.111