DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
SIDNEY SCOTT HUBBARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY SCOTT HUBBARD,<br><br>　　　　Petitioner,<br><br>　v.<br><br>TOM CAREY, Warden<br><br>　　　　Respondent. | NO. Civ. S-02-0023 GEB KJM P<br><br>**ORDER CONTINUING HEARING ON PETITIONER'S MOTION TO COMPEL PRODUCTION PURSUANT TO SUBPOENA DUCES TECUM** |

　　　Based on the unopposed request of petitioner, and good cause appearing therefor, it is hereby ORDERED that hearing on petitioner's motion to compel production pursuant to subpoena duces tecum, currently set for March 1, 2006, is **CONTINUED** to Wednesday, March 22, 2006, at 10:00 a.m.

DATED: March 1, 2006.

_____
UNITED STATES MAGISTRATE JUDGE