DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
SIDNEY SCOTT HUBBARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY SCOTT HUBBARD,<br><br>    Petitioner,<br><br>    v.<br><br>TOM CAREY, Warden<br><br>    Respondent. | NO. Civ. S-02-0023 GEB KJM P<br><br>**ORDER TAKING MATTER OFF CALENDAR** |

In light of the notice of petitioner withdrawing the motion to compel production of documents pursuant to subpoena duces tecum, it is hereby **ORDERED** that hearing on petitioner's motion to compel production pursuant to subpoena duces tecum set for Wednesday, March 22, 2006, at 10:00 a.m., is hereby **VACATED**. Petitioner shall file his amended traverse within thirty days of this order.

DATED: March 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE