DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
SIDNEY SCOTT HUBBARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY SCOTT HUBBARD, <br><br> Petitioner, <br><br> v. <br><br> TOM CAREY, Warden <br><br> Respondent. | NO. Civ. S-02-0023 GEB KJM P <br><br> **UNOPPOSED REQUEST FOR EXTENSION OF TIME; DECLARATION OF COUNSEL; ORDER** |

Pursuant to Local Rule 6-142, petitioner, SIDNEY SCOTT HUBBARD, by and through his counsel, David M. Porter, Assistant Federal Defender, hereby requests a thirty day extension of time to file an amended traverse, which is currently due on April 20, 2006. This request is being made for the reasons set forth in the accompanying declaration of counsel.

This is the first request for an extension of time, and it is not interposed to unduly delay the proceedings, to gain unfair advantage, or for any other improper purpose. Counsel for respondent, Senior Assistant Attorney General Jo Graves, has graciously indicated that she has no objection to this request.

/ / /

Accordingly, Mr. Hubbard requests the Court issue the order lodged herewith.

Dated:  April 19, 2006

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Acting Federal Defender

                                          __/s/   David M. Porter__
                                          DAVID M. PORTER
                                          Assistant Federal Defender

                                          Attorney for Petitioner
                                          SIDNEY SCOTT HUBBARD

**DECLARATION OF COUNSEL**

I, David M. Porter, declare as follows:

1. I am employed by the Office of the Federal Defender for the Eastern District of California and the attorney responsible for the above-entitled matter.

2. On March 21, 2006, this Court set the deadline for the filing of the amended traverse for thirty days from the date of the order.

3. The undersigned has exercised diligence in investigating this case and attempting to meet the deadline. Nevertheless, because of his duties in other cases, the recent receipt of further discovery from the Sheriff's Department, and the need to communicate with petitioner, who has taken an active role in litigating this case, the undersigned seeks an extension for filing the amended traverse. In light of the difficulties and delays inherent in communicating with an incarcerated individual, and the undersigned's duties in other cases, which include filing an opening appellate brief, a reply brief, and an objection to a motion to dismiss traverse, and an appellate argument, the undersigned is requesting 30 days.

4. On April 19, 2006, the undersigned contacted counsel for respondent, Senior Assistant Attorney General Jo Graves, who graciously indicated that she has no objection to this request.

I declare under penalty of perjury that the matters herein as to which I have personal knowledge are true and correct, and as to other matters, I believe them to be true and correct.

DATED: April 19, 2006

                                                /s/ *David M. Porter*
                                                David M. Porter

**ORDER**

Pursuant to the unopposed request of petitioner, and good cause appearing therefor, petitioner may file the amended traverse on or before thirty days from the date of this order.

Dated: May 1, 2006.

_____
UNITED STATES MAGISTRATE JUDGE