```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
SIDNEY SCOTT HUBBARD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY SCOTT HUBBARD,<br><br>    Petitioner,<br><br>    v.<br><br>TOM CAREY, Warden<br><br>    Respondent. | NO. Civ. S-02-0023 GEB KJM P<br><br>**UNOPPOSED REQUEST FOR EXTENSION OF TIME; DECLARATION OF COUNSEL; ORDER** |

     Pursuant to Local Rule 6-142, petitioner, SIDNEY SCOTT HUBBARD, by and through his counsel, David M. Porter, Assistant Federal Defender, hereby requests a twenty-one day extension of time to file an amended traverse, which is currently due on May 31, 2006. This request is being made for the reasons set forth in the accompanying declaration of counsel.

     This is the second request for an extension of time, and it is not interposed to unduly delay the proceedings, to gain unfair advantage, or for any other improper purpose. Counsel for respondent, Supervising Deputy Attorney General Carlos A. Martinez, has graciously indicated that he has no objection to this request.

/ / /

1  Accordingly, Mr. Hubbard requests the Court issue the order lodged
2 herewith.
3 Dated:  May 30, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Acting Federal Defender


  /s/  David M. Porter
DAVID M. PORTER
Assistant Federal Defender

Attorney for Petitioner
SIDNEY SCOTT HUBBARD

**DECLARATION OF COUNSEL**

I, David M. Porter, declare as follows:

1. I am employed by the Office of the Federal Defender for the Eastern District of California and the attorney responsible for the above-entitled matter.

2. On May 1, 2006, this Court granted petitioner's request for extension of time and set the deadline for the filing of the amended traverse for thirty days from the date of the order.

3. The undersigned has exercised diligence in investigating this case and attempting to meet the deadline. The undersigned recently received a letter from Mr. Hubbard, who has taken an active role in litigating this case, however, that requires further follow-up; accordingly, the undersigned is requesting an additional 21 days to communicate with Mr. Hubbard regarding the amended traverse.

4. On May 30, 2006, the undersigned contacted counsel for respondent, Supervising Deputy Attorney General Carlos A. Martinez, who graciously indicated that he has no objection to this request.

I declare under penalty of perjury that the matters herein as to which I have personal knowledge are true and correct, and as to other matters, I believe them to be true and correct.

DATED: May 30, 2006

/s/ *David M. Porter*
David M. Porter

**ORDER**

Based on the unopposed request of petitioner, and good cause appearing therefor, petitioner may file the amended traverse on or before twenty-one days from the date of this order.

Dated: June 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE