DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
SIDNEY SCOTT HUBBARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY SCOTT HUBBARD,<br><br>   Petitioner,<br><br>   v.<br><br>TOM CAREY, Warden<br><br>   Respondent.<br>_____ | NO. Civ. S-02-0023 GEB KJM P<br><br>**UNOPPOSED REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS; DECLARATION OF COUNSEL; ORDER** |

Pursuant to Local Rule 6-142, petitioner, SIDNEY SCOTT HUBBARD, by and through his counsel, David M. Porter, Assistant Federal Defender, hereby requests a thirty-day extension of time to file objections to the findings and recommendations, which are currently due on April 26, 2007. This request is being made for the reasons set forth in the accompanying declaration of counsel.

This is the first request for an extension of time, and it is not interposed to unduly delay the proceedings, to gain unfair advantage, or for any other improper purpose. Counsel for respondent, Deputy Attorney General Brian R. Means, has graciously indicated that he has no objection to this request.

/ / /

1    Accordingly, Mr. Hubbard requests the Court issue the order lodged
2 herewith.
3 Dated:  April 26, 2007
4                                       Respectfully submitted,
5                                       DANIEL J. BRODERICK
                                        Federal Defender

7
                                         /s/  *David M. Porter*
8                                       DAVID M. PORTER
                                        Assistant Federal Defender
9
                                        Attorney for Petitioner
10                                      SIDNEY SCOTT HUBBARD

**DECLARATION OF COUNSEL**

I, David M. Porter, declare as follows:

1. I am employed by the Office of the Federal Defender for the Eastern District of California and the attorney responsible for the above-entitled matter.

2. On April 6, 2007, this Court issued findings and recommendations that the petition be denied, and set the deadline for the filing of objections for twenty days from the date of the findings and recommendations.

3. While the undersigned has exercised diligence in preparing the objections, he has been unable to complete them because of his duties in other cases. He is currently filing a petition for writ of mandate against the California Department of Corrections and Rehabilitation and its Board of Parole Hearings in Sacramento Superior Court, and has many other rapidly approaching deadlines and appearances, including: the filing of a status report in *Rubish v. Evans*, CIV F 05-00687 LJO DLB, and a traverse in *Rodriguez v. Muntz*, Civ. S 05-2013 DFL DAD, on May 7, 2007; a traverse in *Brodheim v. Veal*, Civ. S 06-2326 LKK GGH, on May 9, 2007; an answering brief in the Ninth Circuit on May 13, 2007; a reply to response to objections to findings and recommendations in *Saffold v. Mendoza-Powers*, Civ. S 98-1040 DFL JFM, on May 14, 2007; a reply to response to objections to findings and recommendations in *Smith, v. Curry*, Civ. S 03-1871 LKK KJM, on May 21, 2007; and a parole hearing on May 31, 2007. Additional time is also needed to consult with Mr. Hubbard, who has taken an active role in the litigation.

/////

3

4.   On April 26, 2007, the undersigned contacted counsel for respondent, Deputy Attorney General Brian R. Means, who graciously indicated that he has no objection to this request.  Mr. Hubbard personally joins in this request.

I declare under penalty of perjury that the matters herein as to which I have personal knowledge are true and correct, and as to other matters, I believe them to be true and correct.

DATED:  April 26, 2007

/s/  *David M. Porter*
David M. Porter

**ORDER**

Pursuant to the unopposed request of petitioner, and good cause appearing therefor, petitioner may file objections to the findings and recommendations on or before May 29, 2007.  Any reply to the objections shall be served and filed within ten days after service of the objections.

Dated: May 3, 2007.

_____
U.S. MAGISTRATE JUDGE