```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
SIDNEY SCOTT HUBBARD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY SCOTT HUBBARD,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>TOM CAREY, Warden<br><br>　　　　　Respondent.<br>_____ | NO. Civ. S-02-0023 GEB KJM P<br><br>**UNOPPOSED REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS; DECLARATION OF COUNSEL; ORDER** |

　　　　Pursuant to Local Rule 6-142, petitioner, SIDNEY SCOTT HUBBARD, by and through his counsel, David M. Porter, Assistant Federal Defender, hereby requests a thirty-day extension of time to file objections to the findings and recommendations, which are currently due on May 29, 2007.  This request is being made for the reasons set forth in the accompanying declaration of counsel.

　　　　This is the second request for an extension of time, and it is not interposed to unduly delay the proceedings, to gain unfair advantage, or for any other improper purpose.  Counsel for respondent, Deputy Attorney General Brian G. Smiley, has graciously indicated that he has no objection to this request, and Mr. Hubbard personally joins in the request.

1    Accordingly, Mr. Hubbard requests the Court issue the order lodged
2 herewith.
3 Dated:  May 29, 2007
4                                        Respectfully submitted,
5                                        DANIEL J. BRODERICK
                                         Federal Defender
6

7
                                           /s/   David M. Porter
8                                        DAVID M. PORTER
                                         Assistant Federal Defender
9
                                         Attorney for Petitioner
10                                       SIDNEY SCOTT HUBBARD

**DECLARATION OF COUNSEL**

I, David M. Porter, declare as follows:

1. I am employed by the Office of the Federal Defender for the Eastern District of California and the attorney responsible for the above-entitled matter.

2. On April 6, 2007, this Court issued findings and recommendations that the petition be denied, and set the deadline for the filing of objections for twenty days from the date of the findings and recommendations. On May 3, 2007, this Court granted an extension of thirty days in which to file objections.

3. While the undersigned has exercised diligence in preparing the objections, he has been unable to complete them because of his duties in other cases, which included visiting a client in the AdMax facility in Florence, Colorado on May 23, 2007, and the need to attend a funeral in Chicago, Illinois on June 1, 2007. In addition to his ongoing duties as supervisor of the habeas and appeals unit, the undersigned has had, and continues to have, numerous filing deadlines and court appearances in other cases, including: a parole hearing on May 31, 2007; a reply to response to objections to findings and recommendations in *Smith, v. Curry*, Civ. S 03-1871 LKK KJM, and a status report in *Rubish v. Evans*, CIV F 05-00687 LJO DLB, on June 8, 2007; oral argument in two Ninth Circuit cases on June 13, 2007; and a Ninth Circuit opening brief and a parole hearing on June 25, 2007. The undersigned also received today an eight-page letter from Mr. Hubbard, the content of which will require significant additional research.

4. On May 29, 2007, the undersigned contacted counsel for respondent, Deputy Attorney General Brian G. Smiley, who graciously

indicated that he has no objection to this request. Mr. Hubbard personally joins in this request.

I declare under penalty of perjury that the matters herein as to which I have personal knowledge are true and correct, and as to other matters, I believe them to be true and correct.

DATED: May 29, 2007

                                         /s/ *David M. Porter*
                                         David M. Porter

**ORDER**

Pursuant to the unopposed request of petitioner, and good cause appearing therefor, petitioner may file objections to the findings and recommendations on or before June 28, 2007. Any reply to the objections shall be served and filed within ten days after service of the objections.

Dated: June 1, 2007.

_____
U.S. MAGISTRATE JUDGE