IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SIDNEY SCOTT HUBBARD,

    Petitioner,                    No. CIV S-02-00023 ALA HC

    vs.

TOM CAREY,

    Respondent.                ORDER

_____/

      On August 29, 2007 Petitioner's appointed counsel filed a request to withdraw as counsel citing irreconcilable differences. Good cause appearing, that request is granted.

/////

/////

/////

/////

      IT IS HEREBY ORDERED that:

      1. The Office of the Federal Defender and David M. Porter are granted leave to withdraw as counsel for Petitioner, SIDNEY SCOTT HUBBARD, and are hereby relieved; and

      2. The notice of appeal having been filed on August 28, 2007, Mr. Hubbard shall henceforth represent himself; and

1

3. The clerk is directed to serve all notices on Mr. Hubbard to:

Mr. Sidney Hubbard
H-41975, B-5  AA-233
P.O. Box 950
Folsom, California   95763

DATED: September 11, 2007

                                            Arthur L. Alarcón
                                            UNITED STATES CIRCUIT  JUDGE
                                            Sitting by Designation