**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda Harter
Chief Assistant Defender

February 2, 2009

Karen Bucur
Attorney at Law
24881 Alica Parkway, #E-193
Laguna Hills, CA 92653

**FILED**

FEB - 4 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Re:   **Sidney Hubbard v. Carey**
      **CIV.S-02-0023 ALA HC**

Dear Ms. Bucur:

This will confirm your appointment as counsel by the Honorable Arthur L. Alarcon, U.S. Circuit Judge, to represent the above-named petitioner. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Sincerely,

Becky Darwazeh
CJA - Legal Secretary

:bd
Enclosures

cc:   Clerk's Office

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 12/03)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>Sidney Hubbard | | | VOUCHER NUMBER | |
|---|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>CIV.S-02-0023 | | 5. APPEALS DKT./DEF. NUMBER<br>07-16570 | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>Hubbard v. Carey | 8. PAYMENT CATEGORY<br>☐ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☑ Appeal | | 9. TYPE PERSON REPRESENTED<br>☐ Adult Defendant ☑ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | | 10. REPRESENTATION TYPE<br>(See Instructions)<br>Appeal |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix),
AND MAILING ADDRESS

Karen Bucur
24881 Alica Parkway, #E-193
Laguna Hills, CA 92653

Telephone Number: (949) 472-1029

14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

13. COURT ORDER
☑ O Appointing Counsel     ☐ C Co-Counsel
☐ F Subs For Federal Defender    ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney    ☐ Y Standby Counsel

Prior Attorney's Name:
Appointment Dates:
☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☐ Other (See Instructions)

_Signature of Presiding Judge or By Order of the Court_

1/12/09        9/21/2008
Date of Order      Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time appointment.    ☐ YES    ☐ NO

## CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | 0.00 | | | |
| In Court | b. Bail and Detention Hearings | | 0.00 | | | |
| | c. Motion Hearings | | 0.00 | | | |
| | d. Trial | | 0.00 | | | |
| | e. Sentencing Hearings | | 0.00 | | | |
| | f. Revocation Hearings | | 0.00 | | | |
| | g. Appeals Court | | 0.00 | | | |
| | h. Other (Specify on additional sheets) | | 0.00 | | | |
| | (RATE PER HOUR = $ 100.00 ) TOTALS: | 0.00 | 0.00 | | | |
| 16. | a. Interviews and Conferences | | 0.00 | | | |
| Out of Court | b. Obtaining and reviewing records | | 0.00 | | | |
| | c. Legal research and brief writing | | 0.00 | | | |
| | d. Travel time | | 0.00 | | | |
| | e. Investigative and other work (Specify on additional sheets) | | 0.00 | | | |
| | (RATE PER HOUR = $ 100.00 ) TOTALS: | 0.00 | 0.00 | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED). | | 0.00 | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br>FROM:           TO: | 20. APPOINTMENT TERMINATION DATE<br>IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

22. CLAIM STATUS    ☐ Final Payment    ☐ Interim Payment Number _____    ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this    ☐ YES    ☐ NO    If yes, were you paid?    ☐ YES    ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?    ☐ YES    ☐ NO    If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____    Date _____

## APPROVED FOR PAYMENT – COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDGE | | DATE | | 28a. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | DATE | | 34a. JUDGE CODE |

**FILED**

AUG 19 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SIDNEY HUBBARD,<br><br>      Petitioner - Appellant,<br><br>v.<br><br>TOM L. CAREY,<br><br>      Respondent - Appellee. | No. 07-16570<br><br>D.C. No. CV-02-00023-ALA<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Before: KOZINSKI, Chief Judge, and BYBEE, Circuit Judge.

The request for a certificate of appealability is granted with respect to the following issues: (1) whether counsel was ineffective for failing to investigate the alleged reputation of the robbery victim as a drug dealer; and (2) whether counsel was ineffective for failing to object to the admission, at trial, of a videotaped recording of the alleged robbery that had no audio component, when there was evidence that another videotaped recording with audio existed, and would support appellant's version of events. *See* 28 U.S.C. § 2253(c)(3); *Strickland v. Washington*, 466 U.S. 668 (1984); *Rios v. Rocha*, 299 F.3d 796 (9th Cir. 2002); *see also* 9th Cir. R. 22-1(e).

MG/COA

David M. Porter, Esq.'s motion to withdraw as counsel of record for appellant is granted. Counsel Porter is directed to serve a copy of this order on appellant Hubbard.

Appellant's motion for appointment of new counsel is granted. Counsel will be appointed by separate order.

The Clerk shall serve a copy of this order on Daniel Broderick, Federal Public Defender, 801 I Street, 3rd Floor, Sacramento, California 95814, who will locate appointed counsel. The district court shall provide the Clerk of this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 355-8111) within 14 days of locating counsel.

Appellant's motion for judicial notice is referred to the panel assigned to hear this case on the merits.

If Tom L. Carey is no longer the appropriate appellee in this case, counsel for appellee is directed to file a notice to substitute party within 21 days of the filing date of this order. *See* Fed. R. App. P. 43(c).

The briefing schedule shall proceed as follows. The opening brief is due August 4, 2008; the answering brief is due September 3, 2008; the optional reply brief is due within 14 days after service of the answering brief.

Because there were no hearings in the district court, the clerk of that court shall forward the certificate of record immediately. *See* 9th Cir. R. 11-2.